UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUNIUS SILVA,

                Plaintiff,

-against-

COUNTY OF SUFFOLK, et al.,

                Defendants.
-------------------------------------------------------------X

JUDGMENT
05-CV- 0325 (ERK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 26 2006 ★
BROOKLYN OFFICE

An Order of Honorable Edward R. Korman, United States District Judge, having been filed on June 23, 2006, adopting the Report and Recommendation of Magistrate Judge Arlene R. Lindsay, dated May 18, 2006; and dismissing the case, for plaintiff's failure to comply with the Court's orders and for his failure to prosecute; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed, for plaintiff's failure to comply with the Court's orders and his failure to prosecute.

Dated: Brooklyn, New York
       June 23, 3006

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court