UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
Junius Silva,

                              Plaintiff(s),                    JUDGMENT

            -against-                                      CV 05-325 (ARL)

County of Suffolk, Suffolk County Police
Department, Police Officer Christopher
Verwys.
                              Defendant(s).
----------------------------------------------------X

**LINDSAY, U.S.M.J.**

    A jury was selected and trial commenced on January 31, 2011, and the parties having presented the evidence, authorities and argument, and having closed the evidence on February 2, 2011, and the jury having deliberated and returned a verdict on February 3, 2011,

    IT IS ORDERED AND ADJUDGED, that Judgment is entered in favor of the defendants County of Suffolk, Suffolk County Police Department and Police Officer Christopher Verwys against plaintiff Junius Silva and the Complaint is dismissed on the merits.

Dated:       Central Islip, New York
                February 3, 2011

                                                      /s/
                                          ARLENE R. LINDSAY
                                          United States Magistrate Judge